

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00436-CR

Rodrigo **GARZA DE LA CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRE000344-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 4, 2019.

_____
Irene Rios, Justice